Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT S. CORNS          )
                         )
     Plaintiff,          )
                         )
vs.                      )   Case No. 2:16-cv-00974-RFB-GWF
                         )
EXPERIAN INFORMATION     )
SOLUTIONS, INC.,         )   **STIPULATION AND ORDER FOR**
                         )   **DISMISSAL WITH PREJUDICE**
     Defendant           )

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                    SNELL & WILMER, L.L.P.

_____                   _____
MITCHELL D. GLINER, ESQ.                    BOB L. OLSON, ESQ.
Nevada Bar No. 003419                       Nevada Bar No. 003783
3017 W. Charleston Blvd. # 95               CHARLES E. GIANELLONI, ESQ.
Las Vegas, Nevada 89102                     Nevada Bar No. 012747
Attorney for Plaintiff                      3883 Howard Hughes Pkwy., # 1100
                                            Las Vegas, Nevada 89169
                                            Attorneys for Defendant

IT IS SO ORDERED this 29th day of November 2016.

_____
RICHARD F. BOULWARE, II
United States District